IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| RACHAEL SWIFT,<br><br>Plaintiff,<br><br>v.<br><br>LORAS COLLEGE,<br><br>Defendants. | NO. 22cv1019<br><br>**AGREED MOTION FOR REFERRAL TO THE MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Pursuant to Local Rules 72B, Plaintiff Rachael Swift and Defendant Loras College jointly respectfully request that the Court refers this matter to the Magistrate Judge for a Settlement Conference, and in support thereof states as follows:

1. Currently pending before this Court is Defendant's Motion for Summary Judgment. *See* ECF No. 18.

2. On October 3, 2023, the Court granted Plaintiff's request for an extension of time and extended Plaintiff's deadline to resist the motion for summary judgment to December 15, 2023. *See* ECF No. 24.

3. The parties completed three (3) depositions and since then have engaged in ongoing settlement discussions.

4. The parties believe that referring this matter to the Magistrate Judge for a settlement conference would be beneficial.

5. Pursuant to Local Rule 72B(c), "the court may schedule a settlement conference whenever the court concludes that the nature of the case, the amount in controversy, or the status of the case indicates a settlement conference might be beneficial."

6. Additionally, because they believe a settlement conference would be beneficial, the

parties jointly request that the Court stay all matters in this case, including the briefing schedule on the motion for summary judgment (ECF. No. 18) and motion to quash subpoena by Interested Party Kyle Hall (ECF. No. 30), until after the referral to the Magistrate Judge is complete.

WHEREFORE, Plaintiff Rachael Swift and Defendant Loras College jointly respectfully request the Court grant this Motion for Referral to the Magistrate Judge for Settlement Conference, stay all matters until after the referral is complete, and all other relief as is just.

Dated: December 11, 2023.

Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF RACHEL SWIFT | ATTORNEY FOR DEFENDANT LORAS COLLEGE |
|---|---|
| /s/ Benjamin R. Merrill | /s/ **Christopher Jannes** |
| Benjamin R. Merrill, AT0009789<br>BROWN, WINICK, GRAVES, GROSS AND BASKERVILLE, P.L.C.<br>666 Grand Avenue, Suite 2000<br>Des Moines, Iowa 50309-2510<br>Telephone: 515-242-2400<br>Facsimile: 515-283-0231<br>Email: ben.merrill@brownwinick.com | Christopher P. Jannes<br>DENTONS DAVIS BROWN PC<br>The Davis Brown Tower<br>215 10th Street, Suite 1300<br>Des Moines, IA 50309-3993<br>Telephone: 515/288-2500<br>Email: Chris.Jannes@dentons.com |
| /s/ Bradley Levison<br><br>Bradley Levison, *Pro Hac Vice*<br>HERSCHMAN LEVISON HOBFOLL PLLC<br>401 S. LaSalle St., Suite 1302G<br>Chicago, IL 60605<br>(312) 870-5800<br>(312) 786-5921 (fax)<br>Email: brad@hlhlawyers.com | |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2023, I electronically filed this document with the Clerk of Court using the CMECF System, which will serve all counsel of record.

                                           */s/Cheryl K. Mendenhall*
                                           Cheryl K. Mendenhall, Paralegal